1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

12  PRINCE KAPOOR,

Plaintiff,                    Case No. 3:24-cv-07839 LJC
13
14      v.                            **STIPULATION TO STAY PROCEEDINGS;
ORDER**
15  UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al*.,
16
Defendants.
17

18      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

19  proceedings in this case for a limited time, until July 18, 2025. The parties make this joint request

20  because they are pursuing an administrative resolution that may render further litigation of this case

21  unnecessary.

22      1.      Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application

23  for Asylum and Withholding of Removal.  United States Citizenship and Immigration Services

24  ("USCIS") scheduled an interview for March 20, 2025.  USCIS will work diligently towards completing

25  adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen

26  circumstances that would require additional time for adjudication.

27      2.      Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to

28

Stipulation to Stay
C 3:24-cv-07839 LJC                    1

ten days prior to the agreed upon scheduled interview.  Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

    3.    If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

    4.    Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

    5.    The parties agree to bear their own litigation costs and attorney fees.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 18, 2025, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 7, 2025                    Respectfully submitted,[1]

                                           ISMAIL J. RAMSEY
                                           United States Attorney


                                            */s/ Elizabeth D. Kurlan*
                                           ELIZABETH D. KURLAN
                                           Assistant United States Attorney
                                           Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: February 7, 2025

*/s/ Robert B. Jobe*
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 10, 2025

LISA J. CISNEROS
United States Magistrate Judge